## 19926.   BRADLEY *v.* CITY OF ATLANTA.

BROYLES, C. J.   In the recorder's court of the City of Atlanta the presiding judge exercises the functions of both judge and jury, and whenever his judgment in a case is authorized by *any* evidence it will not be reversed by the higher courts, unless some error of law appears to have been committed upon the trial.   In the instant case the evidence, while in acute conflict, authorized the conviction of the accused by the recorder, no error appears to have been committed upon the trial, and the judge of the superior court properly overruled the certiorari.

*Judgment affirmed.   Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1929.

*Frank T. Grizzard, H. F. Sharp,* for plaintiff in error.
*J. L. Mayson, C. S. Winn, J. C. Savage,* contra.

## 19928.   MAULDING *v.* THE STATE.

BLOODWORTH, J.   There is no merit in either of the special grounds of the motion for a new trial, there is some evidence to support the verdict, which has the approval of the trial judge, and no error was committed when the motion for a new trial was overruled.

*Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 12, 1929.

*J. R. Hutcheson,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.